UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                       :

IMAGE PROFESSIONALS GMBH d/b/a      :
STOCKFOOD,                          :              25-CV-08295 (JAV)
                                         :

                       Plaintiff,      :         ORDER SCHEDULING
                                       :         DEFAULT JUDGMENT
       -v-                            :            BRIEFING
                                       :

THE WAHIZZA GROUP INC.,         :
                                       :

                     Defendant.     :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

        Defendant in this action appears to be in default.  Plaintiff shall file any motion for default judgment, in accordance with the Court's Individual Rules and Practices for Civil Cases, **within two weeks of the date of this Order**.  Plaintiff should familiarize itself with Local Civil Rules 55.1 and 55.2, which, along with Rule 55 of the Federal Rules of Civil Procedure and Rule 5.M and Attachment A of the Court's Individual Rules, govern default judgment motion practice before this Court.  Per Local Civil Rule 55.2, a party seeking default judgment must append to the motion a Clerk's Certificate of Default, which may be obtained by following the procedure described in Local Civil Rule 55.1.  To be clear: Plaintiff must file the **motion** for default judgment, *not* merely the request for a Clerk's Certificate of Default, by the above deadline.

        If Plaintiff's counsel submits calculations in support of any motion for default judgment, Plaintiff's counsel shall also email native versions of the files with the calculations (i.e., versions of the files in their original format, such as in ".xlsx") to Chambers at [VargasNYSDChambers@nysd.uscourts.gov](mailto:VargasNYSDChambers@nysd.uscourts.gov).  If or when a motion for default judgment is filed, the Court will enter a further Order setting a deadline for any opposition and reply and

2

scheduling a hearing.  If no motion for default judgment is filed by the deadline set forth above, the case may be dismissed for failure to prosecute without further notice to the parties.

Plaintiff shall serve a copy of this Order electronically and/or by first-class mail on Defendant **within two business days from the date of this Order** and shall file proof of such service **within three business days of the date of this Order**.

SO ORDERED.

Dated: December 22, 2025
         New York, New York                     _____
                                                        JEANNETTE A. VARGAS
                                                        United States District Judge

2